| | |
|---|---|
| ANTHONY ROYAL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Skeie's Jewelers, Inc.,<br><br>Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-4805<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 17, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
C: (630) 478-0856
Email: achan@ealg.law